United States District Court
Northern District of California

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

SHAVONN GRIFFIN,

        Defendant.

Case No.: 4: 13-CR-0028-CW (KAW)

ORDER MODIFYING CONDITIONS OF RELEASE

        Defendant Shavonn Griffin was charged in a complaint with a violation of 21 U.S.C. § 843(a)(3), obtaining a controlled substance through fraud, forgery, or deception.  On December 19, 2012, the Court released Defendant on a $50,000 unsecured bond, with the condition that Defendant should not use alcohol to excess and should not use or possess any narcotic or other controlled substance without a legal prescription.

        On January 15, 2013, Pretrial Services prepared a full bail study, and recommended that additional conditions of release be added.  This Court must release Defendant "subject to the least restrictive . . . conditions, that [the Court] determines will reasonably assure the appearance of the person as required and the safety of any other person and the community."  18 U.S.C. § 3142(c).  Defendant and the government agree that the additional conditions recommended by Pretrial Services are appropriate under this standard.

        Accordingly, the Court modifies the conditions of release by adding the following special conditions:

    1.   Defendant shall report to Pretrial Services as directed;

    2.   Defendant shall not travel outside of the Northern District of California;

    3.   Defendant shall not apply for any passports and/or other travel documents;

4. Defendant shall not possess any firearm, destructive device, or other dangerous weapon;

5. Defendant shall participate in drug, alcohol, and/ or mental health counseling and submit to drug and alcohol testing as directed by Pretrial Services;

6. Defendant shall undergo a mental health evaluation to address previously diagnosed conditions;

7. Defendant shall maintain her current employment, or if she becomes unemployed, shall seek and maintain verifiable employment or commence in an educational program as directed by Pretrial Services;

8. Defendant shall not have contract with any defendant in this or any related case;

9. Defendant shall not change residence without prior approval of Pretrial Services.

IT IS SO ORDERED.

DATED: January 16, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE